SUSAN ARANOFF, Respondent, v GERALD ARANOFF, Appellant.

Submitted May 5, 2014; decided June 30, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 1171 (2014)].

BELLINSON LAW, LLC, Appellant, v ROBERT IANNUCCI, Respondent.

Submitted May 19, 2014; decided June 30, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of HANNAH L. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DWAYNE L., Appellant.

Submitted May 27, 2014; decided June 30, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 865 (2014)].